IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    MAGISTRATE NO. 25-326-M |
| DAVID BOLWELL | : |

## ORDER

AND NOW, this 14th day of February, 2025, it is hereby

O R D E R E D

that the Warden of Curran-Fromhold Correctional Facility, produce the body of David Bolwell, ███████████, Prisoner # 1251451, on February 18, 2025, into the custody of SA Leslie Trawick of the FBI, for an initial appearance on a Complaint and Warrant before the Magistrate Judge on February 18, 2025, and said prisoner shall remain in federal custody until the final disposition of federal charges.

BY THE COURT:

José Raúl Arteaga
Digitally signed by José Raúl Arteaga
Date: 2025.02.14 08:08:05 -05'00'

HONORABLE JOSE R. ARTEAGA
*Judge, United States Magistrate Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 25-326-M |
| DAVID BOLWELL | : | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney, and Michelle Rotella, Assistant United States Attorney, avers as follows:

1. David Bolwell, ▬▬▬▬▬▬ Prisoner # 1251451, is a state prisoner presently incarcerated at Curran-Fromhold Correctional Facility.

2. David Bolwell is needed on February 18, 2025, for an initial appearance on a Complaint and Warrant.

The government therefore requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of Curran-Fromhold Correctional Facility to produce the body of the above-named prisoner to SA Leslie Trawick of the FBI for an initial appearance on a Complaint and Warrant on February 18, 2025, and direct that the

prisoner shall remain in federal custody until the final disposition of federal charges.

    Respectfully yours,

    JACQUELINE C. ROMERO
    United States Attorney


    */s/ Michelle Rotella*
    MICHELLE ROTELLA
    Assistant United States Attorney


Date:  02/13/2025