AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Rotella)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID BOLWELL | ) | Case No. 25-326-M |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID BOLWELL,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Manufacture and attempted manufacture of child pornography on January 24, 2025. See Attachment A.

Date:   02/13/2025

/s/ Jose R. Arteaga
*Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania

Honorable Jose R. Arteaga, USMJ
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/13/2025, and the person was arrested on *(date)* 2/18/2025
at *(city and state)* Philadelphia, PA.

Date: 2/18/2025

Leslie C Trawick
*Arresting officer's signature*

Special Agent Leslie Trawick
*Printed name and title*